STATE OF CONNECTICUT *v.* JENNIFER HELMEDACH

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 125 (AC 31420), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court had correctly charged the jury on the duress defense pursuant to General Statutes § 53a-14?"

The Supreme Court docket number is SC 18744.

*Lauren Weisfeld*, senior assistant public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided February 1, 2011